No. 12–6854. RHODES *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6857. BURTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6858. TOWBRIDGE *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6861. SEXTON *v.* COZNER, SUPERINTENDENT, MAC-LAREN YOUTH CORRECTIONAL FACILITY. C. A. 9th Cir. Certiorari denied.

No. 12–6864. NAKAMURA *v.* COUNTY OF LOS ANGELES, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–6866. PLANCARTE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6870. TOLIVER *v.* DUWEL ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 12–6874. PEEDE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–6875. SANFORD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6882. THREET *v.* HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6888. MILLER *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–6889. ARCENEAUX *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 12–6890. LEWIS *v.* SHERIFF'S DEPARTMENT, BOSSIER PARISH, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.